UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

YER T. XIONG,

                Plaintiff,                      ORDER

                    v.                                Case No. 12-cv-115-wmc

STATE FARM FIRE AND CASUALTY
COMPANY,

                Defendant.

---

    The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

    Entered this 17th day of April, 2013.

                                              William M. Conley
                                              District Judge